RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Richard Terry Beutler

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD TERRY BEUTLER,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00244-EJY<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND TO CLOSE CASE** |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Richard Terry Beutler, that the status conference set for October 25, 2021 at 10:00 a.m. be vacated and the case be closed.

　　　This Stipulation is entered into for the following reasons:

1. On September 2, 2021, Mr. Beutler was charged by Information with one count of Depredation of Government Property. ECF No. 1.

2. Mr. Beutler subsequently entered into a plea agreement with the government. The parties jointly agreed to recommend that Mr. Beutler be sentenced to pay restitution in the amount of $948.00. On September 16, 2021, Mr. Beutler pleaded guilty to one count of Depredation of Government Property and this Court sentenced him pursuant to the plea agreement. ECF Nos. 5, 9.

3. This Court set a status conference for October 25, 2021 at 10:00 a.m. ECF No. 5. This Court ordered that, if Mr. Beutler paid the restitution in full prior to the status conference, the parties must file a stipulation and order vacating the hearing and closing the case.

4. Mr. Beutler has paid his restitution in full.

5. The parties jointly request that the status conference set for October 25, 2021 at 10:00 a.m. be vacated and the case be closed.

DATED: October 21, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Rachel L. Kent*<br>RACHEL L. KENT<br>Special Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD TERRY BEUTLER,<br><br>Defendant. | Case No. 2:21-cr-00244-EJY<br><br>**ORDER** |

Based on the pending Stipulation of counsel, IT IS ORDERED that the status conference set for October 25, 2021 at 10:00am is vacated and the case is closed.

DATED this 21st day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3